# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FRANTZ,<br><br>Plaintiff,<br><br>v.<br><br>FORCE FACTOR, LLC,<br><br>Defendant. | Case No.  20-cv-1012-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 10] |

Eric Frantz ("Plaintiff") and Force Factor, LLC ("Defendant") jointly move for leave to allow Plaintiff to file a First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a)(2) as well as an extension of time within which Defendant must answer or otherwise respond to Plaintiff's FAC.  *See* Doc. No. 10.  Good cause appearing, the Court **GRANTS** the parties' joint motion.  Accordingly, the Court **DIRECTS** the Clerk of Court to file Plaintiff's FAC (Doc. No. 10-1) as a separate docket entry and **ORDERS** that Defendant answer or otherwise respond to the FAC on or before **August 21, 2020**.

**IT IS SO ORDERED**.

Dated: July 22, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge