**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
alexis@consumersadvocates.com
KAS L. GALLUCCI (SBN 288709)
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiffs and the Proposed Class***

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FRANTZ, on behalf of himself, and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>FORCE FACTOR, LLC;<br><br>      Defendant. | Case No.: 3:20-cv-01012-MMA<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE DEADLINES** |

Plaintiff Eric Frantz ("Plaintiff") and Defendant Force Factor, LLC ("Defendant") (collectively "the Parties") by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement with respect to Plaintiff's individual claims in this action and respectfully request the Court to vacate all case deadlines in light of the settlement while the Parties finalize their agreement.

Accordingly, the Parties respectfully request that the Court vacate all existing dates as contained in the Court's April 23, 2021 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 35).

Respectfully Submitted,

DATED: April 30, 2021          */s/Kas Gallucci*
                               Kas Gallucci
                               **LAW OFFICES OF RONALD A. MARRON**
                               RONALD A. MARRON (SBN 175650)
                               ALEXIS M. WOOD (SBN 270200
                               KAS L. GALLUCCI (SBN 288709
                               651 Arroyo Drive
                               San Diego, California 92103
                               Telephone: (619) 696-9006
                               Facsimile: (619) 564-6665
                               ***Attorneys for Plaintiff and the Proposed Class***

Respectfully Submitted,

DATED: April 30, 2021          */s/Daniel S. Silverman*
                               Daniel S. Silverman
                               **VENABLE LLP**
                               Daniel S. Silverman (SBN 137864

1

2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.0373
Facsimile: 310.229.9901

Daniel S. Blynn (pro hac vice)
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone:  202.344.4000
Facsimile:  202.344.8300

**Attorney for Defendant Force Factor, LLC**

## CERTIFICATION OF APPROVAL OF CONTENT

I, Kas Gallucci, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Notice of Settlement and Request to Vacate Case Deadlines and that I have obtained authorization from counsel for Defendant, for their electronic signature.

DATED: April 30, 2021        _/s/Kas Gallucci_____
                             KAS GALLUCCI

                             **Attorney for Plaintiff and the Proposed Class**

2