**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

***Attorneys for Plaintiff and the Proposed Class***

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FRANTZ, on behalf of himself, and all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>FORCE FACTOR, LLC;<br><br>         Defendant. | Case No.: 3:20-cv-01012-MMA<br><br>CLASS ACTION<br><br>**JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

1
2
3
4
5

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Eric Frantz and Defendant Force Factor, LLC, by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action with prejudice as to Plaintiff Frantz's individual claims and without prejudice as to the claims of the proposed class members. Each party shall bear its own attorneys' fees and costs.

6
7

Respectfully Submitted,

8
9

Dated: May 24, 2021          LAW OFFICES OF RONALD A. MARRON

10
11
12

By: _____*/s/ Kas L. Gallucci*_____
          Kas L. Gallucci

13
14
15
16

***Attorneys for Plaintiff and the Proposed Class***

17

Dated: May 24, 2021          VENABLE LLP

18
19
20

By: _____*/s/Daniel S. Silverman*_____
          Daniel S. Silverman

21
22

***Attorneys for Defendant Force Factor, LLC***

23
24
25
26
27
28

1

## <u>CERTIFICATION OF APPROVAL OF CONTENT</u>

I, Kas Gallucci, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of this document, and that I have obtained authorization from the above counsel for Defendant, for his electronic signature.

Dated: May 24, 2021           **LAW OFFICES OF RONALD A. MARRON**

By: */s/ Kas Gallucci*

KAS GALLUCCI

***Attorneys for Plaintiff and the Proposed Class***

*Frantz v. Force Factor, LLC,* Case No.: 3:20-cv-01012-MMA
JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)