# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FRANTZ,<br><br>       Plaintiff,<br><br>v.<br><br>FORCE FACTOR, LLC,<br><br>       Defendant. | Case No. 20-cv-1012-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 38] |

The parties have filed a joint motion to dismiss the action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). *See* Doc. No. 38. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice** as to Plaintiff's individual claims and **without prejudice** as to the putative class members' claims. Each party shall bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

  **IT IS SO ORDERED**.

Dated: May 24, 2021

                _____
                HON. MICHAEL M. ANELLO
                United States District Judge